Writ granted. Limited solely to the question of quantum awarded to Mrs. Fontenot.

161 So.2d 279

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS**

**v.**

**Heyward (Heywood) Simpson TUCKER et al.**

**No. 47092.**

March 11, 1964.

Court of Appeal, Second Circuit. 159 So.2d 432.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

161 So.2d 280

**Joel R. WILSON**

**v.**

**Sidney C. EMFINGER, Jr., and State Farm Mutual Automobile Insurance Company.**

**No. 47101.**

March 16, 1964.

In re: Sidney C. Emfinger, Jr., and State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of re-

view, to the Court of Appeal, Second Circuit, Parish of Tensas. 159 So.2d 332.

The application is denied. According to the facts, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

161 So.2d 280

**Mrs. August Christine JONES**

**v.**

**SOUTHERN GENERAL INSURANCE COMPANY.**

**No. 47108.**

March 16, 1964.

In re: Southern General Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 159 So.2d 307.

Writ refused. The judgment is not final.

161 So.2d 280

**Dr. Sheldon TEER and Hartford Fire Insurance Company**

**v.**

**Sidney C. EMFINGER, Jr., and State Farm Mutual Automobile Insurance Company.**

**No. 47102.**

March 16, 1964.

In re: Sidney C. Emfinger, Jr., and State Farm Mutual Automobile Insurance Com-

pany applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Tensas. 159 So.2d 331.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.